UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE RENEE WELCH,

     Plaintiff,

v.                          Case No.:  6:24-cv-1659-KCD

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## <u>ORDER</u>

Before the Court is Defendant's Unopposed Motion for Remand. (Doc. 20.) The Commissioner believes that remand is appropriate for the ALJ,

> to further evaluate the evidence of record; give further consideration to the medical opinion evidence; if necessary, give further consideration to Plaintiff's maximum residual functional capacity (RFC); if necessary, obtain vocational evidence regarding the effect of Plaintiff's RFC on the occupational base; and offer Plaintiff the opportunity for a new hearing, take further action to complete the administrative record resolving the above issue, and issue a new decision.

(*Id.* at 1-2.)

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1.    Defendant's Unopposed Motion for Remand (Doc. 20) is **GRANTED**.

2.    The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3.    The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ORDERED** in Fort Myers, Florida this January 31, 2025.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record